IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMELIA J. ERICKSEN,

                Plaintiff,

v.                                                   OPINION and ORDER

FRANK BISIGNANO,                          25-cv-650-amb
Commissioner of Social Security,

                Defendant.

---

      Pursuant to a joint motion for remand filed by the parties on September 10, 2025, Dkt. 6, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion. Specifically, on remand, the Appeals Council will remand the case to administrative law judge (ALJ). The ALJ should give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c & 416.920c. The ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

      Entered September 16, 2025.

                                                          BY THE COURT:

                                                          /s/

                                                          _____
                                                          ANITA MARIE BOOR
                                                          Magistrate Judge